IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748 MDL No. 2545 Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: Patrick Caskey Case No. 1:16-cv-00580 v. AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties to bear their own costs.

*/s Brian J. Perkins*
Brian J. Perkins
MEYERS & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60714
Phone: (630) 232-6333
Email: bjp@meyers-flowers.com
*Counsel for Plaintiff*

/s/ K.C. Green
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Email: kcgreen@ulmer.com
*Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc.; and Actavis, Inc.(n/k/a Allergan Finance, LLC)*

*/s/ Christopher Boisvert*
Christopher Boisvert
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
Phone:  (215) 994-2312
Email: chip.boisvert@dechert.com
*Counsel for AbbVie, Inc.; Abbott Laboratories;*
*and Unimed Pharmaceuticals, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brian J. Perkins*
Brian J. Perkins